IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0101 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE LETTER REQUEST TO CORRECT JUDGMENT** |
| v. | |
| DAVID SANCHEZ-PEREZ, | |
| Defendant. / | |

The Court is in receipt of a letter from defendant's counsel, e-filed September 17, 2007, by which counsel seeks a correction of the judgment to conform to the Court's order at the time of sentencing.[1] In particular, counsel seeks to have added to the judgment an order specifying that the sentence in the above-titled action be served concurrently with the sentence imposed in Mendocino County Case No. C 6-74531-2.

Judgment in the above-titled action was entered July 27, 2007. Given the amount of time that has elapsed since that date, the Court has no record or recollection of the terms of the sentence independent of those reflected in the judgment, and has been advised that neither the United States Probation Officer nor Assistant United States Attorney assigned to the case has any additional information bearing on the matter.

---

[1] The Court ordinarily does not act on letter requests. Any future request for relief in the instant action, whether for the above-referenced correction or otherwise, must be made by noticed motion or stipulation.

Accordingly, the letter request is hereby DENIED, without prejudice to defendant's filing a motion or stipulation to correct the judgment, accompanied by supporting documentation such as a transcript of the proceedings in question.

**IT IS SO ORDERED.**

Dated: September 26, 2007

MAXINE M. CHESNEY
United States District Judge